# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JERMAINE TERRELL MILLER, AGGRIEVED PARTY, | : No. 155 MM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS, 39TH DISTRICT-FRANKLIN, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 21st day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.